**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

REYNA FLORES MORENO, TERESA
MAGDALENO, and LETICIA ANSELMO
LOPEZ, individually and on
behalf of others similarly situated,

*Plaintiffs,*

-against-

MULAN THREE INC. (D/B/A LAUNDROMAT),
NEWASH INC. (D/B/A CARLTON
LAUNDROMAT), MUBASHAR FAROOQ,
MOBY DOE, and OLUWAYEMISI FAMOJURO
AKA GENESIS,

Defendants.

---------------------------------------------------------X

Case No. 1:20-cv-4331

**(PROPOSED) JUDGMENT**

   WHEREAS on or about February 5, 2021, Defendants MULAN THREE INC. (D/B/A LAUNDROMAT), NEWASH INC. (D/B/A CARLTON LAUNDROMAT), and MUBASHAR FAROOQ, extended to Plaintiffs REYNA FLORES MORENO, TERESA MAGDALENO, AND LETICIA ANSELMO LOPEZ an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of Thirty-Eight Thousand Dollars and Zero Cents ($38,000.00), inclusive of costs and reasonable attorneys' fees, and whereas said Plaintiffs accepted said offer on or about February 9, 2021,

   JUDGMENT shall be entered in favor of said Plaintiffs against said Defendants in the amount of Thirty-Eight Thousand Dollars and Zero Cents ($38,000.00).

   Dated: New York, New York

      _____ , 202___ .

                        _____
                        J. PAUL OETKEN, U.S.D.J.