**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

REYNA FLORES MORENO, TERESA MAGDALENO, and LETICIA ANSELMO LOPEZ, individually and on behalf of others similarly situated,

*Plaintiffs*,

-against-

MULAN THREE INC. (D/B/A LAUNDROMAT), NEWASH INC. (D/B/A CARLTON LAUNDROMAT), MUBASHAR FAROOQ, MOBY DOE, and OLUWAYEMISI FAMOJURO AKA GENESIS,

Defendants.

---------------------------------------------------------X

Case No. 1:20-cv-4331

**JUDGMENT**

WHEREAS on or about February 5, 2021, Defendants MULAN THREE INC. (D/B/A LAUNDROMAT), NEWASH INC. (D/B/A CARLTON LAUNDROMAT), and MUBASHAR FAROOQ, extended to Plaintiffs REYNA FLORES MORENO, TERESA MAGDALENO, AND LETICIA ANSELMO LOPEZ an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of Thirty-Eight Thousand Dollars and Zero Cents ($38,000.00), inclusive of costs and reasonable attorneys' fees, and whereas said Plaintiffs accepted said offer on or about February 9, 2021,

JUDGMENT is hereby entered in favor of said Plaintiffs against said Defendants in the amount of Thirty-Eight Thousand Dollars and Zero Cents ($38,000.00).

Dated: New York, New York

February 19, 2021

_____
J. PAUL OETKEN
United States District Judge