UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLORES MORENO, ET AL.,
                              Plaintiffs,

                  -v-

MULAN THREE INC., ET AL.,
                              Defendants.

20-CV-4331 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    On February 19, 2021, the Court entered judgment against Defendants Mulan Three Inc., Newash Inc., and Mubashar Farooq. (Dkt. No. 37.) Defendants Moby Doe and Oluwayemisi Famojuro have yet to appear, and the claims against them are not yet resolved.

    Plaintiffs shall file a letter within 14 days stating whether they intend to pursue their claims against Defendants Moby Doe and Oluwayemisi Famojuro, or the case will be closed.

    SO ORDERED.

Dated: April 19, 2021
       New York, New York

                                                        J. PAUL OETKEN
                                               United States District Judge