UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLORES MORENO, ET AL.,
                     Plaintiffs,

-v-

MULAN THREE INC., ET AL.,
                     Defendants.

20-CV-4331 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On May 3, 2021, Plaintiffs informed the Court that they do not intend to pursue their claims against Defendants Moby Doe and Oluwayemisi Famojuro. The claims against Moby Doe and Oluwayemisi Famojuro are therefore dismissed without prejudice. The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: May 4, 2021
        New York, New York

_____
J. PAUL OETKEN
United States District Judge